

**U.S. Department of Justice**

*United States Attorney*
*Eastern District of New York*

*610 Federal Plaza*
*Central Islip, New York 11722*

March 7, 2026

Honorable Gary R. Brown
United States District Court
Eastern District of New York
100 Federal Plaza
Central Islip, New York 11722

Re: *Bernis Pina v. Genalo, et.al.* 26-1334 (Brown, J.)

Dear Judge Brown:

This Office represents Respondents in the above captioned habeas petition filed by Petitioner Jose Bernis Pina ("Petitioner"). Docket Entry ("DE") #1.

This letter is respectfully submitted pursuant to Your Honor's Standing Order dated March 7, 2026. Respondents note that Petitioner initially entered the United States on May 17, 2024 with a B2 visitor visa with authorization to remain in the United States for a temporary period not to exceed November 16, 2024. He was detained on February 26, 2026 pursuant to 8 US.C. § 1226 (a) due to his overstaying of the visa.

However, Respondents are not currently in possession of any information, as required by Your Honor's order, of a "particularized reason to believe that Petitioner presents a danger to the community, a flight risk" or any information that Petitioner should be detained due to his involvement with "illegal narcotics, violence, criminal history, firearms [or] gang affiliation, and the like." *See* Standing Order.

Respectfully submitted,

JOSEPH NOCELLA, JR.
United States Attorney

By: /s/ Diane C. Leonardo
   Diane C. Leonardo
   Assistant U.S. Attorney
   (631) 715-7854