

CO-COUNSEL
NYC

March 9, 2026

Honorable Gary R. Brown
United States District Court
Eastern District of New York
100 Federal Plaza
Central Islip, New York 11722

Re: Bernis Pina v. Genalo, et.al. 26-1334 (Brown, J.)

Dear Judge Brown:

This Office represents Mr. Jose Bernis Pina in the above captioned habeas petition. Docket Entry ("DE") #1. This letter is respectfully submitted pursuant to Your Honor's Standing Order dated March 7, 2026, directing us to file a Conditions of Release Upon Recognizance signed by Petitioner within 48 hours of his release.

Mr. Pina was released from custody on March 8, 2026, at approximately 11:30 a.m. Attached to this letter is the signed Conditions of Release Upon Recognizance with a certificate of translation.

Respectfully submitted,

Rebecca Press, Esq.
*Pro bono counsel*
347-563-3961