# UNITED STATES DISTRICT COURT, EASTERN DISTRICT OF NEW YORK

Jose B. Pinas
_____, **Petitioner**         Case No.   26-1334

Kenneth Genalo, Field Office Director, Immigration and Customs Enforcement
Acting Secretary, Department of Homeland Security
**v.** Pam Bondi, U.S. Attorney General
_____, **Respondents**

## CONDITIONS OF RELEASE UPON RECOGNIZANCE

The above-named petitioner has been released subject to the Conditions of Release below and upon **Personal Recognizance** on the petitioner's commitment to appear at all scheduled proceedings as required and upon the following:

The petitioner's release is subject to the following conditions, which the Court has found are the least restrictive conditions necessary to reasonably assure the appearance of the petitioner as required and the safety of any other person and the community:

(1)     The petitioner must appear in court and for immigration proceedings as required.
(2)     The petitioner must not commit a federal, state or local crime while on release.
(3)     The petitioner must advise the Court in writing before making any change in residence or telephone number.
(4)     The petitioner must not possess a firearm, destructive device or other dangerous weapon.
(5)     The petitioner must not use or unlawfully possess a narcotic drug or other controlled substances defined in 21 U.S.C. § 802, unless prescribed by a licensed medical practitioner.  Marijuana is still prohibited under federal law.

## RELEASE OF THE BOND

The release order may be terminated at any time by the Court.  This undertaking will be deemed satisfied when the Petition is resolved.

## ADVICE OF PENALTIES AND SANCTIONS

TO THE PETITIONER – YOU ARE ADVISED OF THE FOLLOWING PENALTIES AND SANCTIONS:

Violating any of the foregoing conditions of release may result in the immediate issuance of a warrant for your arrest, a revocation of your release, an order of detention, and a prosecution for contempt of court and  could result in imprisonment, a fine, or both.

## ACKNOWLEDGMENT OF THE PETITIONER

I acknowledge that I am the petitioner in this case and that I am aware of the conditions of release.  I promise to obey all conditions of release and to appear as directed.  I am aware of the penalties and sanctions set forth above.

**Translated by:** Alex Collins
_____

_____
*Petitioner's Signature*

**Date:** 03/09/2026
_____

I, Alex Collins, certify that I am fluent in both English and Spanish, and that I have reviewed the document entitled "Conditions of Release Upon Recognizance" in full with Petitioner Jose B. Piña in Spanish, his native language.

_____

Alex Collins
March 9, 2026
224 West 35th Street, Suite 500 No. 269
New York, NY 10001