UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------------------x

Jose Bernis Pina,

Petitioner,

v.

Kenneth GENALO, in his official capacity as Field
Office Director of New York, Immigration and
Customs Enforcement; Unnamed Secretary,
Department of Homeland Security; Pam BONDI,
in her official capacity as Attorney General,

Respondents.
-------------------------------------------------------------------x

**STIPULATION AND ORDER
OF DISMISSAL WITHOUT
PREJUDICE**

Civil Action No.
26-cv-1334 (GRB)

IT IS HEREBY STIPULATED AND AGREED, by and between the Petitioner Jose Bernis

Pina and Respondents Kenneth Genalo, in his official capacity as Field Office Director of New

York, Immigration and Customs Enforcement, Unnamed Secretary, Department of Homeland

Security, Pam Bondi, in her official capacity as Attorney General (collectively, the

"Respondents"), through their undersigned counsel that:

1. ICE released Petitioner from custody in accordance with the March 7, 2026, decision

   of the Honorable Gary R. Brown and an executed Conditions of Release Upon

   Recognizance was filed on March 9, 2026 (Dkt. No. 8-1); and

2. Upon the execution and filing of the within stipulation of dismissal without prejudice

   and the Court Order So-Ordering this stipulation of dismissal without prejudice, ICE

   shall not re-detain Petitioner nor place any conditions or restrictions on his release

   subject to an administratively final order of removal, or Petitioner being charged with,

   arrested for, convicted of, or admitting having committed a federal, state, or local

   crime; and

3. This action shall be dismissed without prejudice, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), with each party to bear its own costs, expenses, and fees.

Dated: Brooklyn, New York
March _24, 2026

Rebecca Press, Esq.
CO-COUNSEL NYC
*Counsel for Petitioner*
224 W. 35th Street, Ste. 500 #269
New York, NY 10001

By: _____
Rebecca Press
718-486-6800
Rebecca@cocounsel.org

Dated: Central Islip, New York
March 24, 2026

JOSEPH NOCELLA, JR
United States Attorney
*Counsel for Respondents*
Eastern District of New York
610 Federal Plaza
Central Islip, New York 11722

By: ALINA AUSTIN Digitally signed by ALINA AUSTIN Date: 2026.03.25 09:00:40 -04'00'
_____
Alina Austin
Special Assistant U.S. Attorney
(631) 715-7900
alina.austin@usdoj.gov

**So Ordered**

March   , 2026

_____
HONORABLE GARY R. BROWN
U.S. District Judge E.D.N.Y.

2