**FILED**
**CLERK**

3/26/2026 5:29 pm

**U.S. DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**
**LONG ISLAND OFFICE**

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------------------x
Jose Bernis Pina,

                              Petitioner,

       v.

Kenneth GENALO, in his official capacity as Field
Office Director of New York, Immigration and
Customs Enforcement; Unnamed Secretary,
Department of Homeland Security; Pam BONDI,
in her official capacity as Attorney General,

                              Respondents.
------------------------------------------------------------------------x

**STIPULATION AND ORDER
OF DISMISSAL WITHOUT
PREJUDICE**

Civil Action No.
26-cv-1334 (GRB)

         IT IS HEREBY STIPULATED AND AGREED, by and between the Petitioner Jose Bernis Pina and Respondents Kenneth Genalo, in his official capacity as Field Office Director of New York, Immigration and Customs Enforcement, Unnamed Secretary, Department of Homeland Security, Pam Bondi, in her official capacity as Attorney General (collectively, the "Respondents"), through their undersigned counsel that:

1. ICE released Petitioner from custody in accordance with the March 7, 2026, decision of the Honorable Gary R. Brown and an executed Conditions of Release Upon Recognizance was filed on March 9, 2026 (Dkt. No. 8-1); and

2. Upon the execution and filing of the within stipulation of dismissal without prejudice and the Court Order So-Ordering this stipulation of dismissal without prejudice, ICE shall not re-detain Petitioner nor place any conditions or restrictions on his release subject to an administratively final order of removal, or Petitioner being charged with, arrested for, convicted of, or admitting having committed a federal, state, or local crime; and

3. This action shall be dismissed without prejudice, pursuant to <mark>Fed. R. Civ. P.</mark> <mark>41(a)(1)(A)(ii)</mark>, with each party to bear its own costs, expenses, and fees.

Dated: Brooklyn, New York
   March _24, 2026

           Rebecca Press, Esq.
           CO-COUNSEL NYC
           *Counsel for Petitioner*
           224 W. 35th Street, Ste. 500 #269
           New York, NY 10001

By:           
           Rebecca Press
           718-486-6800
           Rebecca@cocounsel.org

Dated: Central Islip, New York
   March 24, 2026

           JOSEPH NOCELLA, JR
           United States Attorney
           *Counsel for Respondents*
           Eastern District of New York
           610 Federal Plaza
           Central Islip, New York 11722

           ALINA AUSTIN   Digitally signed by ALINA AUSTIN
                    Date: 2026.03.25 09:00:40 -04'00'
By:           
           Alina Austin
           Special Assistant U.S. Attorney
           (631) 715-7900
           alina.austin@usdoj.gov

**So Ordered**

March 26 , 2026

  */s/ Gary R. Brown*
HONORABLE GARY R. BROWN
U.S. District Judge E.D.N.Y.